# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| KEITH L'SHAWN SMITH, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. CIV-18-165-R |
| OKLAHOMA COUNTY SHERIFF'S OFFICE, *et al.*, | ) ) ) ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Bernard M. Jones (Doc. 11) recommending that the Court dismiss Plaintiff's pro se complaint (Doc. 1). The Court referred the matter to Judge Jones for review consistent with 28 U.S.C. §§ 636(b)(1)(B) and (C). Doc. 4. Judge Jones now recommends dismissal with prejudice of Plaintiff's claims against Defendant Oklahoma County Sheriff's Office and dismissal without prejudice of his claims against Defendant Schaffer. Doc. 11. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report (Doc. 11) is ADOPTED. Plaintiff's claims against Defendant Oklahoma County Sheriff's Office are DISMISSED WITH PREJUDICE and his claims against Defendant Shaffer are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of June 2018.

*[signature]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE